**No. 41178.**—Protest 952635–G of May Co. (Cleveland).

Opinion by Brown, J. The appraiser described the merchandise as "Brussels type wool rugs." The witness for the plaintiff, an experienced rug buyer, established that the article is not a Brussels rug but admitted that it is similar in design, pile, and nap to certain Wilton rugs. On the record presented the protest was overruled.

BEFORE THE SECOND DIVISION, MAY 1, 1939

**No. 41179.**—Protests 475764–G, etc., of Ed Gerrick Co. et al. (New York).

Opinion by Tilson, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 41180.**—Protests 781965–G, etc., of Rolland Frères, Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel the knit outerwear in question was held dutiable as follows: (1) in chief value of wool at 50 cents per pound and 50 percent ad valorem under paragraph 1114; (2) in chief value of rayon at 45 cents per pound and 65 percent under paragraph 1309; and (3) in chief value of cotton or other vegetable fiber at 45 percent under paragraph 917. Abstract 36548 followed.

**No. 41181.**—Protest 702240–G of J. L. Hudson Co. (Detroit).

Opinion by Tilson, J. From the record it was found that certain items consist of knit outerwear in chief value of wool similar to the merchandise involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim at 50 cents per pound and 50 percent ad valorem under paragraph 1114 was therefore sustained.

**No. 41182.**—Protests 652384–G, etc., of Rolland Frères, Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel the knit outerwear in question was held dutiable as follows: (1) in chief value of wool at the appropriate rate under paragraph 1114; (2) in chief value of rayon at 45 cents per pound and 65 percent under paragraph 1309; (3) in chief value of cotton at 45 percent under paragraph 917; and (4) in chief value of silk at 60 percent under paragraph 1208. Abstract 36548 followed.

**No. 41183.**—Protests 627141–G, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.